**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAWRENCE MCDONALD,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>KIM HOLLAND, Warden,<br><br>　　　　　Respondent. | NO. ED CV 14-2499-JAK(E)<br><br><br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: June 30, 2015

_____
　　　　JOHN A. KRONSTADT
　　UNITED STATES DISTRICT JUDGE